# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. LOMAX, SR., <br><br> Petitioner, <br><br> v. <br><br> BRIAN LAMMER, <br><br> Respondent. | No. ED CV 21-01831-JWH (DFM) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

It is therefore **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ACCEPTED**.

2. Petitioner's request for resentencing is **DISMISSED without prejudice** to Petitioner's bringing it in a properly filed motion in the United States District Court for the District of Maryland under 28 U.S.C. § 2255, with the permission of the Fourth Circuit Court of Appeals.

3. Judgment shall be entered **DENYING** this Petition and **DISMISSING** this action **with prejudice**.

As a federal prisoner proceeding under 28 U.S.C. § 2241, Petitioner is not required to obtain a certificate of appealability ("COA") in order to appeal to the United States Court of Appeals in this case. *See Harrison v. Ollison*, 519 F.3d 952, 958 (9th Cir. 2008) (holding that plain language of 28 U.S.C. § 2253(c)(1) does not require federal prisoners bringing § 2241 petitions to obtain COA to appeal, unless § 2241 petition "is merely a 'disguised' § 2255 petition").

**IT IS SO ORDERED.**

Date: February 13, 2023

JOHN W. HOLCOMB
United States District Judge