# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. LOMAX, SR., <br><br> Petitioner, <br><br> v. <br><br> BRIAN LAMMER, <br><br> Respondent. | No. ED CV 21-01831-JWH (DFM) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **DENIED**, and this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Date: February 13, 2023

JOHN W. HOLCOMB
United States District Judge